**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE PRIVATE CHAUFFEUR COMPANY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BRIAN CHRISTINE, individually and doing business as YOUR KEYS OUR DRIVER, <br><br> Defendant. | 2:14-cv-08203-RSWL-AS <br><br> **ORDER TO SHOW CAUSE re: Dismissal for Failure to Serve Pursuant to Fed. R. Civ. P. 4(m)** |

In light of Plaintiff The Private Chauffeur Company, Inc.'s ("Plaintiff") failure to properly serve[1] Defendant Brian Christine dba Your Keys Our Driver ("Defendant"), the Court **HEREBY ORDERS** Plaintiff to show cause, in writing, on or before April 23, 2015, as

---

[1] See Order re: Plaintiff's Motion for Entry of Default Judgment Against Brian Christine, Apr. 8, 2015, ECF No. 21; Fed. R. Civ. P. 4(m).

1

1 | to why this Action should not be dismissed without
2 | prejudice for failure to serve, pursuant to Federal
3 | Rule of Civil Procedure 4(m).
4 |     NO ORAL ARGUMENT WILL BE HEARD, AND APPEARANCES ARE
5 | NOT NECESSARY on this matter unless ordered by the
6 | Court.  This Order to Show Cause will stand submitted
7 | upon the filing of the proper response.  Failure to
8 | respond as indicated herein will result in the
9 | dismissal of this Action.

**IT IS SO ORDERED.**

DATED: April 9, 2014

*RONALD S.W. LEW*
**HONORABLE RONALD S.W. LEW**
Senior U.S. District Judge