**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| THE PRIVATE CHAUFFEUR COMPANY, INC., | ) ) ) | 2:14-cv-08203-RSWL-AS |
| Plaintiff, | ) ) | **ORDER DISCHARGING ORDER TO SHOW CAUSE** [22] |
| vs. | ) ) | |
| BRIAN CHRISTINE, individually and doing business as YOUR KEYS OUR DRIVER, | ) ) ) ) ) | |
| Defendant. | ) ) ) | |

    The Court issued an Order to Show Cause re: Dismissal for Failure to Serve Pursuant to Fed. R. Civ. P. 4(m) [22] ("Order to Show Cause") on April 9, 2015, ordering Plaintiff The Private Chauffeur Company, Inc. ("Plaintiff") to show cause in writing on or before April 23, 2015, as to why this Action should not be dismissed for Plaintiff's failure to serve Defendant

Brian Christine dba Your Keys Our Driver ("Defendant"). Plaintiff filed its Response [25] to the Court's Order to Show Cause on April 20, 2015.

Having reviewed all papers submitted pertaining to the Order to Show Cause [22], the Court **NOW FINDS AND RULES AS FOLLOWS**:

The Court **HEREBY DISCHARGES** the Order to Show Cause [22] and **ORDERS** Plaintiff to file a proof of service showing proper service of process on Defendant on or before **June 1, 2015.** The Court admonishes Plaintiff to closely read the requirements and specifications of Rule 4 of the Federal Rules of Civil Procedure and related case law.

Additionally, the Court **DENIES** Plaintiff's request that "the Court grant Plaintiff's Motion for Default Judgment." Pl.'s Brief 6:11-13, ECF No. 25. Plaintiff is advised to review the Federal Rules of Civil Procedure and this Court's Local Rules to discover how to properly move for the default judgment Plaintiff requests.

**IT IS SO ORDERED.**

DATED: April 23, 2015

RONALD S.W. LEW
**HONORABLE RONALD S.W. LEW**
Senior U.S. District Judge

2